SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW, DCB #462662**
Geoffrey.Barrow@usdoj.gov
**NICHOLAS D. MEYERS, OSB #222743**
Nicholas.Meyers@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | **3:24-cr-00383-AN-15** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **CRISTINA YESENIA ESCALANTE,** | |
| **Defendant.** | |

Defendant Cristina Escalante was a member of a large multi-state criminal conspiracy that stole more than $2.4 million dollars of benefits from hundreds of low-income and food-insecure individuals and families.  Mothers struggling to feed their families and seniors who rely on public assistance were left in the checkout line, unable to purchase groceries because defendant and her coconspirators had depleted their electronic food benefits to purchase infant formula, energy drinks and other items, which the defendant and he coconspirators resold for personal gain.  Defendant was directly involved in collecting, storing and packaging stolen goods.  She also transferred money from her bank account to pay for stolen goods.

**Government's Sentencing Memorandum**                                              **Page 1**

For all the reasons set forth herein, the government recommends a sentence of 15 months' imprisonment followed by a three-year period of supervised release and a $100 special assessment. The government also seeks restitution in the amount of $2.4 million.

## I.    Factual Background

### A.  The Offense Conduct

The Presentence Investigation Report (PSR) accurately summarizes the offense conduct in paragraphs 19 through 33, which are incorporated herein by reference.

The government's investigation began in 2023 in response to a dramatic rise in fraud associated with Electronic Benefit Transfer (EBT) cards in the Pacific Northwest. The investigation uncovered a large, multistate conspiracy to fraudulently obtain infant formula, energy drinks and other items using public assistance benefits that are administered through the U.S. Department of Agriculture's Supplemental Nutrition Assistance Program ("SNAP"). SNAP is a federally funded assistance program designed to help low-income individuals and families purchase food. In Oregon, SNAP public assistance benefits are loaded to an account that a qualified recipient accesses by means of an access card, similar to a debit or credit card, called the Oregon Electronic Benefit Transfer ("EBT") Card. All states maintain SNAP programs that operate in a substantially similar manner.

The conspirators in this case can be divided into the "theft crew" and the "transportation crew." The theft crew stole EBT numbers using skimming devices affixed to point of sale terminals and by obtaining stolen EBT numbers from others. Theft crew members used the fraudulently obtained EBT numbers to purchase infant formula, energy drinks and other SNAP eligible food items at grocery stores in Oregon and Washington. Members of the transport crew

**Government's Sentencing Memorandum**                                                    **Page 2**

collected stolen EBT eligible food items from members of the theft crew and transported the items to California for re-sale on the illicit market.

Defendant was a member of the transportation crew.  On September 26, 2023, defendant and coconspirator Ana Escalante met with coconspirators Salvis Dunca and Florin Mareata at a storage unit in Vancouver, Washington.  Dunca and Mareata transferred fraudulently obtained infant formula to defendants' van.  Surveillance followed the van to a storage unit in Vancouver rented by coconspirator Jessica Gonzalez and observed defendant and Ana Escalante unload the stolen infant formula.  The van returned to Dunca's storage unit to pick up additional formula that they later transferred to the Vancouver storage unit.

In March of 2024, defendant sent over $3,000 via three separate Zelle transfers from her Chase bank account to a co-defendant's husband to pay for fraudulently obtained EBT eligible food items.

On May 9, 2024, defendant and Jessica Gonzalez flew from Ontario, California, to Portland, Oregon, to collect formula from members of the theft crew.  On May 11, 2024, surveillance observed both women load stolen infant formula into the Vancouver storage unit:

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

**Government's Sentencing Memorandum**                                                                 **Page 3**



On May 22, 2024, surveillance observed defendant and co-conspirators Marta de Estrada and Ana Escalante at the Vancouver storage unit packaging stolen infant formula for reshipment.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /



That same day, a commercial shipper picked up 5,000 pounds of stolen infant formula for delivery to San Pedro, California.  Based on the weight of the shipment, investigators estimate that this shipment alone was worth more than $100,000.

The investigation gathered evidence that transportation crew was involved in coordinating regular shipments from the Vancouver storage unit to San Pedro, California.  From September 2023 to September 2024, they coordinated seventeen shipments from the Vancouver storage unit to San Pedro, California.  Commercial shipping records show that the total weight of the shipments was 124,390.  Investigators estimate that these shipments were worth in excess of $2.4 million.

On October 22, 2024, law enforcement officers executed a search warrant at defendant's residence in Pomona, California.  They seized $13,200 in cash, numerous cans of infant formula and records.

**Government's Sentencing Memorandum**                                              **Page 5**

### B. The Charges

On October 9, 2024, defendant and fifteen coconspirators were charged in a sixteen-count indictment. Defendant was charged in Count 1 with Conspiracy to Defraud the United States, in violation of Title 18, United States Code, Section 371. She was also charged in Count 14 with Interstate Transportation of Stolen Goods, in violation of Title 18 United States Code, Sections 2314 and 2.

## II.    Plea Agreement and Guidelines Computations

On April 2, 2026, defendant pleaded guilty to Count 1 of the Indictment.

The sentencing guidelines are accurately set forth in paragraphs 39 through 49 of the presentence report. They are:

| Guideline Section | Offense Level |
|---|---|
| Base Offense Level – USSG §§ 2B1.1(a)(1), 2X1.1(a) | 6 |
| Loss of more than $1,500,000 – USSG § 2B1.1(b)(1)(I) | +16 |
| Ten or More Victims – USSG § 2B1.1(b)(2)(A) | +2 |
| **Total** | **24** |
| Mitigating Role – USSG § 3B1.2(b) | -3 |
| Acceptance of Responsibility – USSG § 3E1.1 | -3 |
| **Adjusted Offense Level** | **18** |
| Zero Point Offender – USSG § 4C1.1 (if eligible) | -2 |
| Downward Variance | -2 |
| **Final Offense Level** | **14** |

## III.    Argument

### A. Government's Recommended Sentence

Pursuant to the plea agreement and applicable advisory sentencing guidelines, the government recommends a sentence of 15 months followed by a three-year period of supervised release. A 15-month sentence of imprisonment is warranted based on defendant's involvement in facilitating the collection and transportation of millions of dollars of stolen SNAP-eligible

**Government's Sentencing Memorandum**                                                    **Page 6**

goods to be resold on the illicit market for personal gain.  A 15-month sentence is also necessary to ensure no unwarranted sentencing disparity between similarly situated defendants.

### B.  Restitution and Forfeiture

Pursuant to 18 U.S.C. § 3663A, the government seeks an order of restitution in the amount of $2.4 million.  Liability should be joint and several with Ana Escalante, Jessica Gonzalez, Edwin Santizo, Edgar Hernandez, and Marta Hernandez.  As set forth above, defendant was responsible for facilitating the shipment of $2.4 million of stolen infant formula obtained with stolen SNAP benefits.  Payment should be made to Food and Nutrition Service, PO Box 979027, Lock Box 9027, St. Louis, MO 63197-9000

There are no outstanding forfeiture issues.

## IV.    Conclusion

For the above reasons, the government respectfully recommends the Court impose a sentence of 15 months followed by a three-year period of supervised release and a $100 fee assessment.

Dated: June 25, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Geoffrey A. Barrow*
GEOFFREY A. BARROW, DCB #462662
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorneys